IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:11-2177-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DALTON LEE MACKENZEE | ) | |
| | ) | |
| _____ | ) | |

This matter came before the court on August 1, 2012, upon the motion of the defendant, through counsel, to determine if the defendant is competent to stand trial in this case. At the hearing, the court heard from defense counsel, the United States Attorney's Office, and Mr. Mackenzee individually.

At the conclusion of the hearing, and after receiving input from all parties, the court determined that the most feasible course of action at this point is to require that the defendant be transported to GEO Care, a secure medical facility in the Columbia, South Carolina area, for a period not to exceed 90 days. At this facility, Mr. Mackenzee's medication may be monitored so as to ensure that he is properly taking the prescribed dosage. It also appears that Dr. Thomas Martin, a Columbia psychiatrist who has been treating the defendant and prescribing his medication, should be allowed full access to the defendant while at GEO Care.

For the foregoing reasons, it is hereby ordered that the motion to determine competency (ECF No. 44) shall be held in abeyance and the defendant shall be transported to GEO Care in Columbia, South Carolina for a period not to exceed 90 days. Officials at

GEO Care shall allow Dr. Thomas Martin full access to the defendant to monitor his progress while being treated at the facility. At the end of 90 days, or sooner if the defendant is released early, this court will conduct a second hearing on the motion to determine competency.

    IT IS SO ORDERED.

August 1, 2012　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　United States District Judge